Kevin FRANKLIN *v.* STATE of Arkansas

CR 99-962                                                    998 S.W.2d 738

Supreme Court of Arkansas
Opinion delivered September 9, 1999

*Louis A. Etoch*, for appellant.

No response.

P ER CURIAM. Appellant, Kevin Franklin, by his attorney, Louis Etoch, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to a mistake on his part.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See Terry v. State*, 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases*, 295 Ark. 964 (1979)(per curiam).

A copy of this per curiam will be forwarded to the Committee on Professional Conduct. *In Re: Belated Appeals in Criminal Cases, supra.*